

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The State's motion for extension of time to file the appellee's brief is granted. We **order** the appellee's brief due September 16, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court